UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| **LIBRADA JIMENEZ** § | |
| § | |
| § | |
| **VERSUS** § | **Case No.:** 2:17-cv-00020-AM-CW |
| § | |
| § | |
| **UNDERWRITERS AT LLOYD'S OF** § | |
| **LONDON SUBSCRIBING TO POLICY** § | |
| **NUMBER AGL001334-00 and JOHN BELICH** § | |

## JOINT STIPULATION OF DISMISSAL

1. Plaintiff and Defendants file this Joint Stipulation of Dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

2. Plaintiff is Librada Jimenez. Named Defendants are Certain Underwriters at Lloyd's, London and John Belich.

3. On January 17, 2017, Plaintiff filed suit against Defendants in the 365th Judicial District Court, Zavala County, Texas. On April 12, 2017, Defendant Underwriters removed this cause to the United States District Court for the Western District of Texas, Del Rio Division.

4. Plaintiff moves to dismiss the suit with prejudice.

5. Defendants Underwriters and Belich, who have answered, agree to dismissal.

6. This case is not a class action under Federal Rule of Civil Procedure 23, a derivative action under Rule 23.1, or an action related to an unincorporated association under Rule 23.2.

7. A receiver has not been appointed in this case.

8. This case is not governed by any federal statute that requires a court order for

dismissal of the case.

9. Plaintiff has not previously dismissed any federal or state court suit based on or including the same claims as those presented in this case.

10. This dismissal is with prejudice.

                                    Respectfully submitted,

                                    **PREIS PLC**

                                  BY:    */s/ Frank A. Piccolo*
                                              Frank A. Piccolo
                                              TX Bar No. 24031227
                                              SD No. 30197
                                              fap@preisplc.com
                                              24 Greenway Plaza, Suite 2050
                                              Houston, Texas 77046
                                              Telephone: (713) 355-6062
                                              Facsimile: (713) 572-9129

                                  **ATTORNEY IN CHARGE FOR DEFENDANTS**

OF COUNSEL:

**PREIS, PLC**
Kenneth H. Tribuch
State Bar No.: 24054520
ktribuch@preisplc.com
Caroline Thomas Webb
State Bar No.: 24051497
cwebb@preisplc.com
24 Greenway Plaza, Suite 2050
Houston, Texas 77046
Telephone: (713) 355-6062
Facsimile: (713) 572-9129

                                  **GRAVELY & PEARSON, L.L.P.**

BY:     Matthew R. Pearson*
Matthew R. Pearson
State Bar No. 00788173
mpearson@gplawfirm.com
Jonathan C. Lisenby
State Bar No. 24072889
jlisenby@gplawfirm.com
425 Soledad, Suite 600
San Antonio, Texas  78205
Telephone:  (210) 472-1111
Facsimile:  (210) 472-1110

**COUNSEL FOR PLAINTIFF**

*Signed with permission

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record in this proceeding in accordance with the Federal Rules of Civil Procedure on this the 7th day of August, 2018.

*/s/ Frank A. Piccolo*
Frank A. Piccolo