IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

| | |
|---|---|
| LIBRADA JIMENEZ, § <br> Plaintiff, § <br> § <br> v. § <br> § <br> UNDERWRITERS AT LLOYD'S § <br> LONDON AND JOHN BELICH, § <br> Defendants. § | Civil Action No. <br> DR-17-CV-20–AM/CW |

## ORDER

Pending before the Court is the parties' Joint Stipulation of Dismissal. (ECF No. 11.) Because the stipulation complies with the requirements of Rule 41(a) of the Federal Rules of Civil Procedure, the Court therefore **ORDERS** that all of the claims in this lawsuit be **DISMISSED WITH PREJUDICE.** The Court further **ORDERS** that a clerk's judgment shall immediately issue in this case, terminating the present cause of action.

SIGNED this 13th day of August, 2018.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE